UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEWYORK

ALEXANDER GOMEZ,
    Plaintiff,
vs.

GAVRITY II LLC, and
HYLAN EXPRESS DINER LLC
    Defendants.

**COMPLAINT**

      Plaintiff, ALEXANDER GOMEZ ("Plaintiff"), by his undersigned counsel, hereby files this Complaint and sues Defendants, GAVRITY II LLC and HYLAN EXPRESS DINER LLC ("Defendants"), for injunctive relief pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12181, et seq., (hereinafter the "A.D.A") and the ADA's Accessibility Guidelines, 28 C.F.R. Part 36 (hereinafter the "ADAAG").

JURISDICTION

    **1)**    This Court has original jurisdiction over the action pursuant to 28 U.S.C., §§1331 and 1343 for Plaintiff's claims arising under 42 U.S.C. § 12181. et seq., based upon Defendant's violations of Title III of the ADA (see also, 28 U.S.C. §§ 2201 and 2202).

    **2)**    Plaintiff currently resides in Bronx, New York, and is *sui juris*. Plaintiff is a qualified individual with disabilities under the ADA law. Plaintiff has a spinal cord T-12 injury and is bound to ambulate in a wheelchair.

    **3)**    Defendant, GAVRITY II LLC is a limited liability company and transacts business in the State of New York and within this judicial district. Defendant, GAVRITY II LLC is the owner of the real property which is the subject of this action located on or about at

2561 Hylan Blvd. Staten Island New York 10306-4341 (hereinafter "Subject Property" or "Facility").

**4)** Defendant, HYLAN EXPRESS DINER LLC, is a limited liability company and transacts business in the State of New York and within this judicial district. Defendant, HYLAN EXPRESS DINER LLC, is the lessee and operator of the business known as HYLAN DINER a/k/a METRO BAR AND BISTRO, located at 2561 Hylan Blvd. Staten Island New York 10306-4341 (hereinafter the "Facility").

**5)** Plaintiff has visited the Subject Property which forms the basis of this lawsuit and plan to return to the Subject Property to avail himself of the goods and services offered to the public at the Subject Property, and to determine whether the Subject Property has been made ADA compliant. Plaintiff's access to the Facility and/or full and equal enjoyment of the goods, services, facilities, privileges, advantages, and/or accommodations offered therein was denied and/or limited because of these disabilities, and Plaintiff will be denied and/or limited in the future unless and until Defendants are compelled to remove the physical barriers to access and ADA violations which exist at the Facility, including but not limited, to those set forth in this Complaint.

**6)** The Defendants' Facility is a public accommodation and service establishment, and although required by law to do so, it is not in compliance with the ADA and ADAAG.

**7)** In this instance, Plaintiff visited the Facility and encountered barriers to access at the Facility, engaged barriers, suffered legal harm and injury, and will continue to suffer legal harm and injury as a result of the illegal barriers to access as set forth herein.

**8)** Plaintiff has suffered and continues to suffer direct and indirect injury as a result of the ADA violations that exist at the Facility.

9) All events giving rise to this lawsuit occurred in the State of New York. Venue is proper in this Court as the premises are located in the EASTERN District.

## FACTUAL ALLEGATIONS AND CLAIM

10) Plaintiff has attempted to access the Facility, but could not do so without severe hardship, because of his disabilities, and the physical barriers to access and ADA violations that exist at the Facility, which restrict and/or limit his access to the goods and services offered at the Facility. The ADA violations are more specifically set forth in this Complaint.

11) Plaintiff intends to visit the Facility again in the near future in order to utilize all of the goods and services offered therein but will be unable to do so because of the physical barriers to access, dangerous conditions and ADA violations that exist at the Facility that restrict and/or limit his access to the Facility, including those barriers conditions and ADA violations more specifically set forth in this Complaint.

12) Defendants have discriminated against Plaintiff and others with disabilities by denying access to, and full and equal enjoyment of the goods and services of the Facility, as prohibited by 42 U.S.C., § 12182, *et.seq.*, and by failing to remove architectural barriers as required by 42 U.S.C., § 12182(b)(2)(A)(iv), and will continue to discriminate against Plaintiff and others with disabilities unless and until Defendants are compelled to remove all physical barriers that exist at the Facility, including those specifically set forth herein, and make the Facility accessible to and usable by persons with disabilities, including Plaintiff.

13) Defendants have discriminated against Plaintiff by failing to comply with the above requirements. A specific, although not exclusive, list of unlawful physical barriers, dangerous conditions and ADA violations, which preclude and/or limit Plaintiff's ability to

access the Facility and full and equal enjoyment of the goods, services offered at the Facility include:

**I.)** SIGNAGE NOT PROVIDED FOR IDENTIFYING THE ALLOCATED ACCESSIBLE PARKING SPACE AT EXISTING PARKING AREA.

   a. ADAAG 502 Parking Spaces ADAAG 502.1 General. Car and van parking spaces shall comply with 502. Where parking spaces are marked with lines, width measurements of parking spaces and access aisles shall be made from the centerline of the markings. ADAAG 502.6 Identification. Parking space identification signs shall include the International Symbol of Accessibility complying with 703.7.2.1. Signs identifying van parking spaces shall contain the designation "van accessible." Signs shall be 60 inches (1525 mm) minimum above the finish floor or ground surface measured to the bottom of the sign.

**II.)** REQUIRED MINIMUM SPACE NOT PROVIDED AT ALLOCATED ACCESSIBLE PARKING SPACE AT EXISTING PARKING AREA.

   a. ADAAG 208 Parking Spaces ADAAG 208.1 General. Where parking spaces are provided, parking spaces shall be provided in accordance with 208. ADAAG 208.2.4 Van Parking Spaces. For every six or fraction of six parking spaces required by 208.2 to comply with 502, at least one shall be a van parking space complying with 502. ADAAG 502 Parking Spaces ADAAG 502.1 General. Car and van parking spaces shall comply with 502. Where parking spaces are marked with lines, width measurements of parking spaces and access aisles shall be made from the centerline of the markings. ADAAG 502.2 Vehicle Spaces. Car parking spaces shall be 96 inches (2440 mm) wide minimum and van parking spaces shall be 132 inches (3350 mm) wide minimum, shall be marked to define the width, and shall have an adjacent access aisle complying with 502.3.

**III.)** REQUIRED ACCESS AISLE NOT PROVIDED AT ALLOCATED ACCESSIBLE PARKING SPACE AT EXISTING PARKING AREA.

   a. ADAAG 502 Parking Spaces ADAAG 502.1 General. Car and van parking spaces shall comply with 502. Where parking spaces are marked with lines, width measurements of parking spaces and access aisles shall be made from the centerline of the markings. ADAAG 502.2 Vehicle Spaces. Car parking spaces shall be 96 inches (2440 mm) wide minimum and van parking spaces shall be 132 inches (3350 mm) wide minimum, shall be marked to define the width, and shall have an adjacent access aisle complying with 502.3.

**IV.)** THE ALLOCATED ACCESSIBLE PARKING SPACE AT EXISTING PARKING AREA IS NOT LOCATED ON THE SHORTEST ACCESSIBLE ROUTE TO ENTRANCE OF ESTABLISHMENT.

    a. <u>ADAAG 208 Parking Spaces ADAAG 208.1 General.</u>  Where parking spaces are provided, parking spaces shall be provided in accordance with 208. <u>ADAAG 208.3 Location.</u> Parking facilities shall comply with 208.3. <u>ADAAG 208.3.1 General.</u> Parking spaces complying with 502 that serve a particular building or facility shall be located on the shortest accessible route from parking to an entrance complying with 206.4. Where parking serves more than one accessible entrance, parking spaces complying with 502 shall be dispersed and located on the shortest accessible route to the accessible entrances. In parking facilities that do not serve a particular building or facility, parking spaces complying with 502 shall be located on the shortest accessible route to an accessible pedestrian entrance of the parking facility. EXCEPTIONS: 1. All van parking spaces shall be permitted to be grouped on one level within a multi-story parking facility. 2. Parking spaces shall be permitted to be located in different parking facilities if substantially equivalent or greater accessibility is provided in terms of distance from an accessible entrance or entrances, parking fee, and user convenience.

**V.)** REQUIRED COMPLIANT ACCESSIBLE PARKING SPACES NOT PROVIDED WITHIN EXISTING PARKING AREA.

    a. <u>ADAAG 208 Parking Spaces ADAAG 208.1 General.</u>  Where parking spaces are provided, parking spaces shall be provided in accordance with 208. <u>ADAAG 208.2 Minimum Number.</u>  Parking spaces complying with 502 shall be provided in accordance with Table 208.2 except as required by 208.2.1, 208.2.2, and 208.2.3.  Where more than one parking facility is provided on a site, the number of accessible spaces provided on the site shall be calculated according to the number of spaces required for each parking facility.

**VI.)** INACCESSIBLE TRAVEL PATH THRU EXTERIOR DINING AREA. ACCESSIBLE ROUTE THRU EXTERIOR DINING AREA NOT PROVIDED. REQUIRED MINIMUM CLEAR WIDTH NOT PROVIDED AT TRAVEL PATH THRU EXTERIOR DINING AREA.

    a. <u>ADAAG 206.2.5 Restaurants and Cafeterias.</u> In restaurants and cafeterias, an accessible route shall be provided to all dining areas, including raised or sunken dining areas, and outdoor dining areas. <u>ADAAG 402 Accessible Routes ADAAG 402.1 General.</u>  Accessible routes shall comply with 402. <u>ADAAG 402.2 Components.</u>  Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts.  All components of an accessible route shall comply with the applicable requirements of Chapter 4. <u>ADAAG 403 Walking Surfaces ADAAG 403.1 General.</u>  Walking surfaces that are a part of an accessible route shall comply with 403. <u>ADAAG 403.5.1 Clear</u>

Width. Except as provided in 403.5.2 and 403.5.3, the clear width of walking surfaces shall be 36 inches (915 mm) minimum.

**VII.)** INACCESSIBLE SERVICE COUNTER. NON-COMPLIANT HEIGHT OF SERVICE COUNTER EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

   a. ADAAG227 Sales and Service ADAAG 227.1 General. Where provided, check-out aisles, sales counters, service counters, food service lines, queues, and waiting lines shall comply with 227 and 904. ADAAG 904.4 Sales and Service Counters. Sales counters and service counters shall comply with 904.4.1 or 904.4.2. The accessible portion of the counter top shall extend the same depth as the sales or service counter top. ADAAG 904.4.1 Parallel Approach. A portion of the counter surface that is 36 inches (915 mm) long minimum and 36 inches (915 mm) high maximum above the finish floor shall be provided. A clear floor or ground space complying with 305 shall be positioned for a parallel approach adjacent to the 36 inch (915 mm) minimum length of counter.

**VIII.)** INACCESSIBLE DINING TABLES LOCATED AT MAIN DINING AREA. REQUIRED MINIMUM KNEE AND TOE CLEARANCE NOT PROVIDED AT DINING TABLES LOCATED AT MAIN DINING AREA. A MINIMUM PERCENTAGE OF EXISTING DINING TABLES REQUIRED TO BE ACCESSIBLE NOT PROVIDED AT MAIN DINING AREA.

   a. ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General. Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902. ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General. Dining surfaces and work surfaces shall comply with 902.2 and 902.3. ADAAG 902.2 Clear Floor or Ground Space. A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided. ADAAG 306.2 Toe Clearance. ADAAG 306.2.3 Minimum Required Depth. Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element. ADAAG 306.2.5 Width. Toe clearance shall be 30 inches (760 mm) wide minimum. ADAAG 306.3 Knee Clearance. ADAAG 306.3.3 Minimum Required Depth. Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground. ADAAG 306.3.5 Width. Knee clearance shall be 30 inches (760 mm) wide minimum.

**IX.)** INACCESSIBLE WINDOW FRONT DINING BOOTH TABLES. REQUIRED MINIMUM CLEAR FLOOR SPACE ALLOWING A FORWARD APPROACH NOT PROVIDED AT WINDOW FRONT DINING BOOTH TABLES.

    a. <u>ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.</u> Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902. <u>ADAAG 902.2 Clear Floor or Ground Space.</u> A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided. <u>ADAAG 305.3 Size.</u> The clear floor or ground space shall be 30 inches (760 mm) minimum by 48 inches (1220 mm) minimum.

**X.)** INACCESSIBLE BAR SIDE DINING BOOTH TABLES LOCATED AT RAISED PLATFORM. ACCESSIBLE ROUTE TO BAR SIDE DINING BOOTH TABLES NOT PROVIDED AS REQUIRED.

    a. <u>ADAAG 206.2.5 Restaurants and Cafeterias.</u> In restaurants and cafeterias, an accessible route shall be provided to all dining areas, including raised or sunken dining areas, and outdoor dining areas. <u>ADAAG 206 Accessible Routes ADAAG 206.1 General.</u> Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4. <u>ADAAG 403 Walking Surfaces ADAAG 403.4 Changes in Level.</u> Changes in level shall comply with 303. <u>ADAAG 303.4 Ramps.</u> Changes in level greater than ½ inch high shall be ramped, and shall comply with 405 or 406.

**XI.)** REQUIRED MINIMUM CLEAR FLOOR SPACE ALLOWING A FORWARD APPROACH NOT PROVIDED AT BAR SIDE DINING BOOTH TABLES.

    a. <u>ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.</u> Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902. <u>ADAAG 902.2 Clear Floor or Ground Space.</u> A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided. <u>ADAAG 305.3 Size.</u> The clear floor or ground space shall be 30 inches (760 mm) minimum by 48 inches (1220 mm) minimum.

**XII.)** INACCESSIBLE BAR. NON-COMPLIANT HEIGHT OF BAR EXCEEDS MAXIMUM HEIGHT ALLOWANCE. REQUIRED MINIMUM KNEE AND TOE CLEARANCE NOT PROVIDED AT BAR. PORTION OF BAR REQUIRED TO BE ACCESSIBLE NOT PROVIDED.

    a. <u>ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.</u> Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902. <u>ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.</u> Dining surfaces and work surfaces shall comply with 902.2 and 902.3. <u>Advisory 902.1 General.</u> Dining surfaces include, but are not limited to, bars, tables, lunch counters, and booths. <u>ADAAG 902.2 Clear Floor or Ground Space.</u> A clear floor space

complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided. <u>ADAAG 902.3 Height.</u> The tops of dining surfaces and work surfaces shall be 28 inches (710 mm) minimum and 34 inches (865 mm) maximum above the finish floor or ground. <u>ADAAG 306.2 Toe Clearance. ADAAG 306.2.3 Minimum Required Depth.</u> Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element. <u>ADAAG 306.2.5 Width</u>. Toe clearance shall be 30 inches (760 mm) wide minimum. <u>ADAAG 306.3 Knee Clearance. ADAAG 306.3.3 Minimum Required Depth.</u> Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground. <u>ADAAG 306.3.5 Width.</u> Knee clearance shall be 30 inches (760 mm) wide minimum.

**XIII.)** INACCESSIBLE MEN'S RESTROOM. REQUIRED MINIMUM MANEUVERING CLEARANCE NOT PROVIDED AT DOOR OF MEN'S RESTROOM.

   a. <u>ADAAG 206 Accessible Routes ADAAG 206.1 General.</u> Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4. <u>ADAAG 404.2.4 Maneuvering Clearances.</u> Minimum maneuvering clearances at doors and gates shall comply with 404.2.4. Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.

**XIV.)** THE FIRST OF TWO LAVATORIES IN MEN'S RESTROOM IS INACCESSIBLE. NON-COMPLIANT HEIGHT OF THE FIRST OF TWO LAVATORIES IN MEN'S RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

   a. <u>ADAAG 606.3 Height.</u> Lavatories and sinks shall be installed with the front of the higher of the rim or counter surface 34 inches (865 mm) maximum above the finish floor or ground.

**XV.)** THE SECOND OF TWO LAVATORIES IN MEN'S RESTROOM IS INACCESSIBLE. NON-COMPLIANT HEIGHT OF THE SECOND OF TWO LAVATORIES IN MEN'S RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

   a. <u>ADAAG 606.3 Height.</u> Lavatories and sinks shall be installed with the front of the higher of the rim or counter surface 34 inches (865 mm) maximum above the finish floor or ground.

**XVI.)** INSULATION OF PIPES AND WATER LINES UNDER THE FIRST OF TWO LAVATORIES IN MEN'S RESTROOM NOT PROVIDED AS REQUIRED.

   a. <u>ADAAG 606.5 Exposed Pipes and Surfaces</u>. Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.

**XVII.)** INSULATION OF PIPES AND WATER LINES UNDER THE SECOND OF TWO LAVATORIES IN MEN'S RESTROOM NOT PROVIDED AS REQUIRED.

   a. <u>ADAAG 606.5 Exposed Pipes and Surfaces</u>. Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.

**XVIII.)** INACCESSIBLE URINALS IN MEN'S RESTROOM. INACCESSIBLE TRAVEL PATH TO URINALS IN MEN'S RESTROOM. REQUIRED MINIMUM CLEAR WIDTH NOT PROVIDED AT TRAVEL PATH TO URINALS IN MEN'S RESTROOM.

   a. <u>ADAAG 402 Accessible Routes ADAAG 402.1 General.</u> Accessible routes shall comply with 402. <u>ADAAG 402.2 Components.</u> Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4. <u>ADAAG 403 Walking Surfaces ADAAG 403.1 General.</u> Walking surfaces that are a part of an accessible route shall comply with 403. <u>ADAAG 403.5.1 Clear Width.</u> Except as provided in 403.5.2 and 403.5.3, the clear width of walking surfaces shall be 36 inches (915 mm) minimum.

**XIX.)** REQUIRED CLEAR FLOOR SPACE NOT PROVIDED AT THE FIRST OF TWO URINALS IN MEN'S RESTROOM.

   a. <u>ADAAG 605 Urinals ADAAG 605.3 Clear Floor Space.</u> A clear floor or ground space complying with 305 positioned for forward approach shall be provided. <u>ADAAG 305.3 Size.</u> The clear floor or ground space shall be 30 inches (760 mm) minimum by 48 inches (1220 mm) minimum.

**XX.)** REQUIRED CLEAR FLOOR SPACE NOT PROVIDED AT THE SECOND OF TWO URINALS IN MEN'S RESTROOM.

   a. <u>ADAAG 605 Urinals ADAAG 605.3 Clear Floor Space.</u> A clear floor or ground space complying with 305 positioned for forward approach shall be

provided. <u>ADAAG 305.3 Size.</u> The clear floor or ground space shall be 30 inches (760 mm) minimum by 48 inches (1220 mm) minimum.

**XXI.)** NON-COMPLIANT HEIGHT OF THE FIRST OF TWO WALL MOUNTED URINALS IN MEN'S RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

 **a.** <u>ADAAG 605 Urinals ADAAG 605.1 General.</u> Urinals shall comply with 605. <u>ADAAG 605.2 Height and Depth.</u> Urinals shall be the stall-type or the wall-hung type with the rim 17 inches (430 mm) maximum above the finish floor or ground. Urinals shall be 13½ inches (345 mm) deep minimum measured from the outer face of the urinal rim to the back of the fixture

**XXII.)** NON-COMPLIANT HEIGHT OF THE SECOND OF TWO WALL MOUNTED URINALS IN MEN'S RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

 **a.** <u>ADAAG 605 Urinals ADAAG 605.1 General.</u> Urinals shall comply with 605. <u>ADAAG 605.2 Height and Depth.</u> Urinals shall be the stall-type or the wall-hung type with the rim 17 inches (430 mm) maximum above the finish floor or ground. Urinals shall be 13½ inches (345 mm) deep minimum measured from the outer face of the urinal rim to the back of the fixture

**XXIII.)** INACCESSIBLE WATER CLOSET IN MEN'S RESTROOM. NON-COMPLIANT DISTANCE OF WATER CLOSET FROM SIDE WALL IN MEN'S RESTROOM.

 **a.** <u>ADAAG 604.2 Location.</u> The water closet shall be positioned with a wall or partition to the rear and to one side. The centerline of the water closet shall be 16 inches minimum to 18 inches maximum from the side wall or partition

**XXIV.)** INACCESSIBLE FLUSH CONTROL AT WATER CLOSET IN MEN'S RESTROOM. NON-COMPLIANT POSITION OF FLUSH CONTROL LOCATED AT CLOSED SIDE OF WATER CLOSET IN MEN'S RESTROOM.

 **a.** <u>ADAAG 604.6 Flush Controls.</u> Flush controls shall be hand operated or automatic. Hand operated flush controls shall comply with 309. Flush controls shall be located on the open side of the water closet except in ambulatory accessible compartments complying with 604.8.2.

**XXV.)** THE FIRST OF THREE LAVATORIES IN WOMEN'S RESTROOM IS INACCESSIBLE. NON-COMPLIANT HEIGHT OF THE FIRST OF THREE LAVATORIES IN WOMEN'S RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

    **a.** <u>ADAAG 606.3 Height.</u>  Lavatories and sinks shall be installed with the front of the higher of the rim or counter surface 34 inches (865 mm) maximum above the finish floor or ground.

**XXVI.)** THE SECOND OF THREE LAVATORIES IN WOMEN'S RESTROOM IS INACCESSIBLE. NON-COMPLIANT HEIGHT OF THE SECOND OF THREE LAVATORIES IN WOMEN'S RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

    **a.** <u>ADAAG 606.3 Height.</u>  Lavatories and sinks shall be installed with the front of the higher of the rim or counter surface 34 inches (865 mm) maximum above the finish floor or ground.

**XXVII.)** THE THIRD OF THREE LAVATORIES IN WOMEN'S RESTROOM IS INACCESSIBLE. NON-COMPLIANT HEIGHT OF THE THIRD OF THREE LAVATORIES IN WOMEN'S RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

    **a.** <u>ADAAG 606.3 Height.</u>  Lavatories and sinks shall be installed with the front of the higher of the rim or counter surface 34 inches (865 mm) maximum above the finish floor or ground.

**XXVIII.)** INSULATION OF PIPES AND WATER LINES UNDER THE FIRST OF THREE LAVATORIES IN WOMEN'S RESTROOM NOT PROVIDED AS REQUIRED.

    **a.** <u>ADAAG 606.5 Exposed Pipes and Surfaces</u>.  Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.

**XXIX.)** INSULATION OF PIPES AND WATER LINES UNDER THE SECOND OF THREE LAVATORIES IN WOMEN'S RESTROOM NOT PROVIDED AS REQUIRED.

    **a.** <u>ADAAG 606.5 Exposed Pipes and Surfaces</u>.  Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.

**XXX.)** INSULATION OF PIPES AND WATER LINES UNDER THE THIRD OF THREE LAVATORIES IN WOMEN'S RESTROOM NOT PROVIDED AS REQUIRED.

    **a.** <u>ADAAG 606.5 Exposed Pipes and Surfaces</u>.  Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.

**XXXI.)** THE FIRST OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM IS INACCESSIBLE. REQUIRED MINIMUM CLEAR WIDTH NOT PROVIDED AT DOOR OF THE FIRST OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM.

   a. ADAAG 404.2.3 Clear Width. Door openings shall provide a clear width of 32 inches (815 mm) minimum. Clear openings of doorways with swinging doors shall be measured between the face of the door and the stop, with the door open 90 degrees.

**XXXII.)** REQUIRED MINIMUM MANEUVERING CLEARANCE NOT PROVIDED AT DOOR OF THE FIRST OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM.

   a. ADAAG 404.2.4 Maneuvering Clearances. Minimum maneuvering clearances at doors and gates shall comply with 404.2.4. Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.

**XXXIII.)** NON-COMPLIANT DOOR SWING OF DOOR OF THE FIRST OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM. DOOR OF THE FIRST OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM SWINGS INTO THE COMPARTMENT.

   a. ADAAG 604.8.1.2 Doors. Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum. Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

**XXXIV.)** REQUIRED MINIMUM SPACE NOT PROVIDED IN THE FIRST OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM.

   a. ADAAG 604.8 Toilet Compartments. Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603. Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3. ADAAG 604.8.1.1 Size. Wheelchair accessible compartments shall be 60 inches (1525 mm) wide minimum measured perpendicular to

the side wall, and 56 inches (1420 mm) deep minimum for wall hung water closets and 59 inches (1500 mm) deep minimum for floor mounted water closets measured perpendicular to the rear wall.

XXXV.) INACCESSIBLE WATER CLOSET IN THE FIRST OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM. REQUIRED MINIMUM CLEARANCE NOT PROVIDED AT WATER CLOSET IN THE FIRST OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM.

   a. ADAAG 604 Water Closets and Toilet Compartments ADAAG 604.3 Clearance. Clearances around water closets and in toilet compartments shall comply with 604.3. ADAAG 604.3.1 Size. Clearance around a water closet shall be 60 inches (1525 mm) minimum measured perpendicular from the side wall and 56 inches (1420 mm) minimum measured perpendicular from the rear wall.

XXXVI.) REQUIRED GRAB BARS NOT PROVIDED ON REAR AND SIDE WALLS OF WATER CLOSET IN THE FIRST OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM.

   a. ADAAG 604.5 Grab Bars. Grab bars for water closets shall comply with 609. Grab bars shall be provided on the side wall closest to the water closet and on the rear wall.

XXXVII.) INACCESSIBLE COAT HOOK IN THE FIRST OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM. NON-COMPLIANT HEIGHT OF COAT HOOK IN THE FIRST OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

   a. ADAAG 604.8.3 Coat Hooks and Shelves. Coat hooks shall be located within one of the reach ranges specified in 308. ADAAG 308.2 Forward Reach. ADAAG 308.2.1 Unobstructed. Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground. ADAAG 308.2.2 Obstructed High Reach. Where a high forward reach is over an obstruction, the clear floor space shall extend beneath the element for a distance not less than the required reach depth over the obstruction. The high forward reach shall be 48 inches maximum where the reach depth is 20 inches maximum. Where the reach depth exceeds 20 inches, the high forward reach shall be 44 inches maximum and the reach depth shall be 25 inches maximum. ADAAG 308.3 Side Reach. ADAAG 308.3.1 Unobstructed. Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the high side reach shall be 48 inches maximum and the low side reach shall be 15 inches minimum above the finish floor or ground. ADAAG 308.3.2 Obstructed High Reach. Where a clear floor or ground space allows a parallel approach to an element and the high side reach is over an

obstruction, the height of the obstruction shall be 34 inches maximum and the depth of the obstruction shall be 24 inches maximum. The high side reach shall be 48 inches maximum for a reach depth of 10 inches maximum. Where the reach depth exceeds 10 inches, the high side reach shall be 46 inches maximum for a reach depth of 24 inches maximum.

**XXXVIII.)** INACCESSIBLE WATER CLOSET IN THE SECOND OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM. NON-COMPLIANT DISTANCE OF WATER CLOSET FROM SIDE WALL IN THE SECOND OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM.

   **a.** <u>ADAAG 604.2 Location.</u> The water closet shall be positioned with a wall or partition to the rear and to one side. The centerline of the water closet shall be 16 inches minimum to 18 inches maximum from the side wall or partition

**XXXIX.)** THE MINIMUM SPACE REQUIRED AT WATER CLOSET IN THE SECOND OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM IS OBSTRUCTED BY A BABY CHANGING TABLE.

   **a.** <u>ADAAG 604.8 Toilet Compartments.</u> Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603. Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3. <u>ADAAG Advisory 604.8.1.1 Size.</u> The minimum space required in toilet compartments is provided so that a person using a wheelchair can maneuver into position at the water closet. This space cannot be obstructed by baby changing tables or other fixtures or conveniences, except as specified at 604.3.2 (Overlap). If toilet compartments are to be used to house fixtures other than those associated with the water closet, they must be designed to exceed the minimum space requirements. Convenience fixtures such as baby changing tables must also be accessible to people with disabilities as well as to other users. Toilet compartments that are designed to meet, and not exceed, the minimum space requirements may not provide adequate space for maneuvering into position at a baby changing table. ADAAG 604.3.2 Overlap. The required clearance around the water closet shall be permitted to overlap the water closet, associated grab bars, dispensers, sanitary napkin disposal units, coat hooks, shelves, accessible routes, clear floor space and clearances required at other fixtures, and the turning space. No other fixtures or obstructions shall be located within the required water closet clearance.

**XL.)** ADEQUATE SPACE FOR MANEUVERING INTO POSITION NOT PROVIDED AT BABY CHANGING TABLE IN THE SECOND OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM.

      a. <u>ADAAG 604.8 Toilet Compartments.</u> Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603. Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3. <u>ADAAG Advisory 604.8.1.1 Size.</u> The minimum space required in toilet compartments is provided so that a person using a wheelchair can maneuver into position at the water closet. This space cannot be obstructed by baby changing tables or other fixtures or conveniences, except as specified at 604.3.2 (Overlap). If toilet compartments are to be used to house fixtures other than those associated with the water closet, they must be designed to exceed the minimum space requirements. Convenience fixtures such as baby changing tables must also be accessible to people with disabilities as well as to other users. Toilet compartments that are designed to meet, and not exceed, the minimum space requirements may not provide adequate space for maneuvering into position at a baby changing table.

14) The above listing is not to be considered all-inclusive of the barriers which exist at the Facility. Plaintiff requires an inspection of the Facility in order to determine all of the ADA violations.

15) The removal of the physical barriers, dangerous conditions, and ADA violations set forth herein is readily achievable and can be accomplished and carried out without much difficulty or expense. 42 U.S.C. § 12182(B)(2)(A)(iv); 42 U.S.C. § 12181(9); 28 C.F.R, § 36.304.

16) Plaintiff is without adequate remedy at law, is suffering irreparable harm, and reasonably anticipates that he will continue to suffer irreparable harm unless and until Defendants are required to remove the physical barriers, dangerous conditions, and ADA violations that exist at the Facility, including those set forth herein.

17) The Plaintiff has been obligated to retain undersigned counsel for the filing and prosecution of this action. The Plaintiff is entitled to have his reasonable attorney's fees, costs and expenses paid by the Defendants, pursuant to 42 U.S.C., §§ 12205 and 12217.

**18)** Pursuant to 42 U.S.C. §12188(a), this Court is provided with authority to grant injunctive relief to Plaintiff, including an order to alter the Facility to make it readily accessible to and useable by individuals with disabilities to the extent required by the ADA, and closing the Facility until the requisite modifications are completed.

WHEREFORE, Plaintiff respectfully requests that the Court issue a permanent injunction enjoining Defendants from continuing is discriminatory practices, ordering Defendants to remove the physical barriers to access and alter the Facility to make it readily accessible to and useable by individuals with disabilities to the extent required by the ADA, closing the Facility until the barriers are removed and requisite alterations are completed, and awarding Plaintiff his reasonable attorney's fees, expert fees, costs and litigation expenses incurred in this action.

    Respectfully submitted

    BARDUCCI LAW FIRM, PLLC
    5 West 19th Street, 10th Floor
    New York, NY 10011
    (212) 433-2554

By:  s/ Maria-Costanza Barducci
    Maria-Costanza Barducci, Esq.
     *Attorney for Plaintiff*
    Bar No. 5070487
    MC@BarducciLaw.com