UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: 22-cv-00323-KAM-RLM

| | |
|---|---|
| ALEXANDER GOMEZ,<br>    Plaintiff,<br>vs.<br><br>GAVRITY II LLC, and<br>HYLAN EXPRESS DINER LLC,<br>    Defendants. | **JOINT STIPULATION OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

Plaintiff, and Defendants, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated March 2020

By: /s/ Maria Costanza  Barducci
    Maria-Costanza Barducci, Esq.
    BARDUCCI LAW FIRM PLLC.
    5 West 19th St., 10th Fl.
    New York, NY 10011
    Telephone: (212) 433-2554
    mc@barduccilaw.com
    *Attorneys for Plaintiff*

By: /s/ Robert Androsiglio
    Robert G. Androsiglio
    Powell & Roman LLC
    30 Wall Street
    8th floor
    New York, NY 10005
    (212)742-0001
    Fax: (212)742-0005
    Email: randrosiglio@rallplaw.com

cc: Via CM/ECF

So Ordered: /s/
11.21.2022